# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Darrin Howard Merritt**                    **Docket No. 5:12-CR-209-1FL**

### Petition for Action on Supervised Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darrin Howard Merritt, who, upon an earlier plea of guilty to Distribution of a Quantity of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 4, 2013, to the custody of the Bureau of Prisons for a term of 151 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Darrin Howard Merritt was released from custody on January 16, 2024, at which time the term of supervised release commenced.

On September 26, 2024, a Violation Report was submitted to the court reporting the defendant's positive drug test on September 12, 2024. The defendant denied the illegal use of cocaine; however, this was confirmed by the national laboratory on September 20, 2024. The defendant was verbally reprimanded by the probation officer. He was subjected to more frequent urinalysis screenings and given an assessment by First Step Services.

On November 27, 2024, a Violation Report was submitted to the court reporting the defendant's positive drug test on November 18, 2024. The defendant denied the illegal use of cocaine; however, this was confirmed by the national laboratory on November 25, 2024. The defendant was verbally reprimanded by the probation officer and subjected to more frequent urinalysis screenings. Although he was undergoing individual counseling, the addition of group counseling was recommended.

On January 21, 2025, a Petition for Action on Supervised Release was submitted to the court reporting the defendant's positive drug test on January 6, 2025. The defendant admitted use of cocaine, which was also confirmed by the national laboratory on January 13, 2025. Merritt was given a curfew not to exceed 60 consecutive days, with radio frequency location monitoring.

On October 17, 2025, a Petition for Action on Supervised Release was submitted to the court reporting the defendant's positive drug test on October 6, 2025. The defendant admitted use of cocaine, which was also confirmed by the national laboratory on October 14, 2025. Merritt was given a curfew for a period of 90 days without electronic monitoring.

On December 1, 2025, a Petition for Action on Supervised Release was submitted to the court reporting the defendant's positive drug test on November 13, 2025. The defendant admitted use of cocaine, which was also confirmed by the national laboratory. Merritt was given a curfew for a period of 60 days with electronic monitoring.

On December 18, 2025, a Violation Report was submitted to the court reporting the defendant's positive drug test for cocaine on December 4, 2025. The defendant was verbally reprimanded by the probation officer and subjected to more frequent urinalysis screenings. Although he was undergoing individual counseling, the addition of group counseling was recommended.

**Darrin Howard Merritt**
**Docket No. 5:12-CR-209-1FL**
**Petition For Action**
**Page 2**
**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 15, 2026, the defendant was enrolled in HOPE Court. Since being enrolled in the program, he has utilized the team as a resource and has followed all the requirements so far. He has progressed to Phase II of the program where it is required for him to participate in a cognitive behavioral program. It is recommended that he be ordered to participate in a cognitive behavioral program to aid in his progress with HOPE Court.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp
Mark Culp
Supervising U.S. Probation Officer

/s/ Cierra M. Wallace
Cierra M. Wallace
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 910-679-2034
Executed On: March 2, 2026

**ORDER OF THE COURT**

Considered and ordered this __4th__ day of __March__, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge